*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3657          Assigned/Issued By: AEE

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
                                         _____
☐ Wage-Deduction Garnishment Summons     _____
                                         (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                         ☐ Other
☐ Writ _____             _____
       (Type of Writ)                    _____
                                         (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                (Date)
_____

_____