UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL I. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRYHEALTH & WELFARE FUND, andTERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and MICHAEL RICHARDSON as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,<br><br>Plaintiffs<br><br>v.<br><br>RIZZA CHEVROLET, INC.,<br><br>Defendant. | Docket Number: **08CV 3657**<br><br>Assigned Judge: **JUDGE ANDERSEN**<br><br>Designated<br>Magistrate Judge: **MAGISTRATE JUDGE VALDEZ** |

TO:   RIZZA CHEVROLET, INC.
      c/o Betty Holley, Registered Agent
      8200 S. Harlem Avenue
      Bridgeview, IL 60455

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*
(By) DEPUTY CLERK

June 26, 2008
Date

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: July 3rd, 2008 |
| NAME OF SERVER (PRINT) Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service-*

[_]  Served personally upon the defendant. Place where served: _____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_]  Returned unexecuted: _____

XXX  Other (specify): Personally handed the Summons and the Complaint to Ms. Cindy Martinez, at the business office of Betty Holley, the R/A for the defendant, Rizza Chevrolet, Inc. Service was effected at 8200 S. Harlem Ave., in Bridgeview, Ill., at 12:20 p.m., on July 3'rd, 2008.

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 3'rd, 2008          *Philip P. Ducar*
             Date                      Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477
Address of Server