IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRANCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DALE BOLT, BRAD WEBB, JAMES BUIK, MICHAEL J. RICHARDSON, and EDWARD DENORMANDIE as Trustees of LOCAL 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN AND LAUNDRY HEALTH & WELFARE FUND, And TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and MICHAEL RICHRADSON as Trustees of LOCAL NO. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RIZZA CHEVROLET, INC.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) No. 08 CV 3657 ) ) Judge Andersen ) ) Magistrate Judge Valdez ) ) ) ) ) ) ) ) ) |

**NOTICE OF FILING**

To:  J. Peter Dowd
     Michele M. Reynolds
     LaKisha M. Kinsey-Sallis
     Steven W. Jados
     Dowd, Bloch & Bennett
     8 South Michigan Avenue – 19th Floor
     Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that on July 29, 2008, I filed electronically the attached **Rizza Chevrolet, Inc.'s Appearance**, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

                        Rizza Chevrolet, Inc.,
                          Defendant,

                        By:    s/John C. Eggert
                              One of its Attorneys

John C. Eggert
Gordon & Karr LLP
150 North Wacker Drive
Suite 1650
Chicago, Illinois  60606
(312) 377-4450

**CERTIFICATE OF FILING OF DOCUMENTS BY ELECTRONIC MEANS**

      I, John C. Eggert, an attorney, duly sworn on oath, state that I caused the service of the above-referenced document(s), electronically using the Electronic Case Filing System for the United States District Court for the Northern District of Illinois on July 29, 2008.

                              s/ John C. Eggert